# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 4:11-CR-305** |
| **Plaintiff** : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **R.S. DUFFY, INC., and** : | |
| **NATIONAL A-1 ADVERTISING, INC.,** : | |
| **Defendants** : | |

## **PRELIMINARY ORDER OF FORFEITURE**

IT IS HEREBY ORDERED THAT:

1. As a result of the guilty pleas to the Information entered by defendants in which the Government sought forfeiture pursuant to 18 U.S.C. § 982, the defendants shall forfeit to the United States the following:

   a) All property involved in or traceable to offences involving 18 U.S.C. § 1956;

   b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained directly or indirectly, as a result of such violations involving such offences; and

   c) Any property, real or personal, used or intended to be used in any manner or part to commit or facilitate the commission of the offences involving 18 U.S.C. § 1956.

2. The Court has determined, based upon the defendants' guilty pleas, that the following property is subject to forfeiture and that the government has established the requisite nexus between such property and such offenses.

   a) United States Currency in the amount of $4.9 million; and

   b) Internet Domain Name: Escorts.com.

3. After the disposition of any motion filed under Fed. R.Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

4. The United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(1) for the filing of third party petitions.

5. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. 853(n)(1), in which all interests will be addressed.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. The Clerk of Court shall forward four certified copies of this order to Assistant U.S. Attorney James T. Clancy, U.S. Attorney's Office, Middle District of Pennsylvania.

SO ORDERED this 12th day of January, 2012.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge